E. L. LOWRIE, *Appellant, v.* DAISEY LOWRIE, *Appellee.*

Division B.

Decision Filed July 23, 1926.

Petition for Rehearing Granted Sept. 18, 1926; Decree reaffirmed Feby. 9, 1927.

An appeal from the Circuit Court for Calhoun County; Amos Lewis, Judge.

*R. Don McLeod, Jr.,* for Appellant;

*J. M. Calhoun,* for Appellee.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said decree; it is, therefore, con-

sidered, ordered and adjudged by the Court that the said decree of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

## On Petition for Rehearing.

PER CURIAM.—The record in this cause has been carefully re-examined and the questions of law raised in briefs reconsidered. We do not approve the bill of complaint as a model pleading nor do we think the procedure in all respects regular, but on the issues presented by the bill and answer the finding of the Chancellor appears fair and just and is supported by legal evidence. It is therefore affirmed. See Slorah v. Wilcox, 59 Fla. 601, 52 So., 12; Baggott et al. v. Otis et al 65 Fla. 447, 62 So. 362; Craft v. American Agricultural Chemical Co., 81 Fla., 55, 87 So. 41.

Decree affirmed on rehearing.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.